Not considered. Application was not timely filed. See Art. 7, Sect. 11, La.Const.

230 So.2d 93

**Ted KOGOS**

**v.**

**Louis J. RITTINER, Joseph W. Nelkin, and Irwin, Seelig & Nelkin.**

No. 50302.

Jan. 20, 1970.

In re: Ted Kogos applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So. 2d 62.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

230 So.2d 94

**112 GROCERY et al.**

**v.**

**Marshall T. CAPPEL, Sheriff, et al.**

No. 50304.

Jan. 20, 1970.

In re: 112 Grocery et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 228 So.2d 157.

Writ refused. The showing made does not warrant the exercise of our jurisdiction for review. Relator failed to attach the application for permit to sell "3.2 beer" to his petition and failed to allege the year or time for which he requests that permit. Relator seeks only a writ of mandamus which will not issue under allegations lacking such specificity.